## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02741-GPG

(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

**MAURICE WILSON**;
**RASHOD JAMES**; and
**MARCUS BURRAGE**,

      Plaintiffs,

v.

**FEDERAL BUREAU OF PRISONS**;
**THERESA COZZA-RHODES**; and
**ERIC EARWIN**,

      Defendants.

---

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

---

Plaintiffs are prisoners at the Florence High United States Penitentiary.  They

have submitted to the court a prisoner complaint complaining about their conditions of

confinement (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR

8.1(b), Plaintiffs will be directed to cure the following if he wishes to pursue any claims

in this action.  Any papers that Plaintiffs file in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>xx</u>    is not submitted
(2)   <u>  </u>    is missing affidavit
(3)   <u>xx</u>    is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)   <u>xx</u>    is missing certificate showing current balance in prison account
(5)   <u>  </u>    is missing required financial information
(6)   <u>xx</u>    is missing authorization to calculate and disburse filing fee payments on

|      |     | proper form |
|------|-----|-------------|
| (7)  | __  | is missing an original signature by the prisoner |
| (8)  | __  | is not on proper form (must use the court's current form) |
| (9)  | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | xx  | other: Plaintiffs may pay the filing fee of $400 in full in advance instead of submitting properly supported 1915 motions and affidavits.  **Each Plaintiff is required to submit their own separate motion and attachments.** |

**Complaint, Petition or Application for Habeas Corpus Relief**:

| | | |
|------|-----|-------------|
| (11) | __  | is not submitted |
| (12) | __  | is not on proper form (must use the court's current prisoner form) |
| (13) | __  | is missing an original signature by the prisoner |
| (14) | __  | is missing page nos. ___ |
| (15) | __  | uses et al. instead of listing all parties in caption |
| (16) | __  | names in caption do not match names in text |
| (17) | __  | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __  | other: _____. |

Accordingly, it is

**ORDERED** that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiffs file in response to this order must include the civil action number on this order.  It is

**FURTHER ORDERED** that Plaintiffs shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

**FURTHER ORDERED** that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 18, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge