IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02741-GPG

**MAURICE WILSON**;
**RASHOD JAMES**; and
**MARCUS BURRAGE**,

    Plaintiffs,

v.

**FEDERAL BUREAU OF PRISONS**;
**THERESA COZZA-RHODES**; and
**ERIC EARWIN**,

    Defendants.

## ORDER ON MOTION TO CLARIFY

    Plaintiffs are prisoners at the Florence High United States Penitentiary. They have submitted to the court a prisoner complaint complaining about their conditions of confinement (ECF No. 1). Specifically, they take issue with an alleged policy disallowing them to receive magazines and books in the Special Housing Unit. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), Plaintiffs were directed to cure their action by filing individual motions to proceed in forma pauperis (ECF No. 3).

    Plaintiffs have filed a Motion for Order Clarifying Allocation of Filing Fee clarification asking whether one fee is required or whether each individual must pay the fee (ECF No. 4). Because plaintiffs are prisoners, the restrictions imposed by the Prison Litigation Reform Act (PLRA) apply to actions they file seeking relief in federal court. One such requirement is that each prisoner plaintiff seeking to proceed in forma pauperis must file a separate motion, accompanied by a certified copy of his prison

trust fund account statement.  With respect to the motions that are granted the plaintiffs are collectively responsible for paying the entire $350 filing fee.  Accordingly, it is

**ORDERED** that the Motion to Clarify is **GRANTED** as follows:  each Plaintiff must file an Application to Proceed In Forma Pauperis and Prison Authorization Form and certified account statement by February 5, 2016.  It is

**FURTHER ORDERED** that Plaintiffs shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of their case managers or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

**FURTHER ORDERED** that, if any of the Plaintiffs have not complied with this order by February 5, 2016, the Clerk of the Court will be directed to dismiss them as a party to this action without prejudice to each filing his own separate action.

DATED January 19, 2016, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

Gordon P. Gallagher
United States Magistrate Judge